UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>STARBUCKS CORPORATION,<br><br>        Defendant. | Case No. 18-cv-06843-AGT<br><br>**ORDER TO FILE STATUS REPORT** |

On June 20, 2019, the Court granted plaintiff Scott Johnson's unopposed motion to stay this case pending resolution of two similar cases on appeal before the Ninth Circuit. In the order staying the case, the Court instructed that "[w]ithin 14 days of a resolution of the appeals in 3:17-cv-02454-WHA and 8:18-cv-01615-DOC-DFM, the parties shall submit a Joint Status Report reporting all issues, if any, remaining in this matter." ECF No. 27 at 1.

On June 17, 2020, the Ninth Circuit issued decisions in both cases affirming the district courts' grants of summary judgment in favor of defendants. *See Johnson v. Blackhawk Centercal, LLC et al.*, No. 17-cv-02454-WHA, 2019 WL 1427435 (N.D. Cal. Mar. 29, 2019), *aff'd sub nom. Johnson v. Starbucks Corp.*, No. 19-15759, 2020 WL 3265063 (9th Cir. June 17, 2020); *Kong v. Mana Inv. Co., LLC*, No. 18-cv-01615-DOC-DFM, 2019 WL 3220027 (C.D. Cal. May 1, 2019), *aff'd*, No. 19-55577, 2020 WL 3265179 (9th Cir. June 17, 2020). The dockets also indicate that the Ninth Circuit issued its mandate in each case on August 5, 2020. More than 14 days have passed since then and the parties have not filed a joint status report. The parties are thus out of compliance with the Court's June 20 order.

By Friday, **September 4, 2020**, the parties must file a joint report, in which they summarize what issues, if any, remain in this matter.  Failure to comply with this order may be grounds for monetary sanctions, dismissal, entry of judgment, or other appropriate sanctions.

**IT IS SO ORDERED.**

Dated:  August 27, 2020

ALEX G. TSE
United States Magistrate Judge