UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>STARBUCKS CORPORATION,<br><br>    Defendant. | Case No. 18-cv-06843-AGT<br><br>**ORDER LIFTING STAY** |

On June 20, 2019, the Court granted plaintiff Scott Johnson's unopposed motion to stay this case pending resolution of two similar cases on appeal before the Ninth Circuit. ECF No. 27. The Court also directed the parties to file a joint status report within two weeks after the Ninth Circuit resolved those appeals reporting all issues, if any, remaining in this matter. *Id.* at 1. The Ninth Circuit issued its mandate in both cases on August 5, 2020. On August 27, 2020, having heard nothing from the parties, the Court ordered the parties to file a joint status report by September 4, 2020. ECF No. 35. The parties again failed to timely comply with the Court's order, filing their joint status report on September 10. ECF No. 36. The Court has reviewed that joint report and hereby lifts the stay imposed by the June 20, 2019 order.

Because General Order 56 still applies to the instant case, the Court orders the parties to file a renewed "Notice for Need of Mediation" by Wednesday, **September 23, 2020**, in order to set a new mediation date. The case shall otherwise proceed as set forth by General Order 56.

The parties are again admonished that failure to timely comply with the Court's orders may be grounds for monetary sanctions, dismissal, entry of judgment, or other appropriate sanctions.

**IT IS SO ORDERED.**

Dated: September 16, 2020

ALEX G. TSE
United States Magistrate Judge